UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF NORTH DAKOTA by and through the NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, JULIE A. SU, Acting Secretary of Labor, DOUGLAS L. PARKER, Assistant Secretary of Labor for Occupational Safety and Health; JENNIFER S. ROUS, Regional Administrator, Region 8, OSHA, JOHN CHRISTOPHER LARSEN, Administrative Law Judge, United States Department of Labor Office of Administrative Law Judges, and JOSH SEERUP, <br><br> Defendants. | **Motion** <br><br> Case No. **1:24-cv-00256-DMT-CRH (D.N.D.)** <br><br> Case OALJ <br> 2023-SDW-00003 |

Counsel for the federal defendants in this action has represented to me that the federal defendants will file a motion to dismiss. Under Rule 12, *pro se* defendant Seerup (self) respectfully moves the court to dismiss the claims against me based on the arguments described in the federal defendants' memorandum in support of their motion.

Dated: 04/9/2025

_/s/ Josh Seerup_____, Defendant
Josh Seerup
302 W. Steuben St., #39
Bingen, WA 98605
503-936-9354
joshseerup@gmail.com